# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Guillermo Aldaco-Lopez,<br>(A209 121 544)<br>*Defendant* | )<br>)<br>) Case No. 17-9371 mj<br>)<br>)<br>) |

DOA 08-28-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Guillermo Aldaco-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 10, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

_____
Complainant's signature

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 20, 2016, Guillermo Aldaco-Lopez was booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Aldaco-Lopez was examined by Deportation Officer C. Payne who determined Aldaco-Lopez to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 28, 2017, Aldaco-Lopez was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Aldaco-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Guillermo Aldaco-Lopez to be a citizen of Mexico and a previously deported criminal alien. Aldaco-Lopez was removed from the United States to Mexico through Calexico, California, on or about August 10, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Aldaco-Lopez in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Guillermo Aldaco-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. On August 28, 2017, Guillermo Aldaco-Lopez was advised of his constitutional rights. Aldaco-Lopez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Aldaco-Lopez stated that his true and complete name is Guillermo Aldaco-Lopez and that he is a citizen of Mexico. Aldaco-Lopez stated that he illegally entered the United States at or near Sonora, on or about October 19, 2016, without inspection by an immigration officer. Aldaco-Lopez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 20, 2016, Guillermo Aldaco-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Calexico, California, on or about August 10, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 29th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge